UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
--------------------------------x
UNITED STATES OF AMERICA        :
                                :
v.                              :   Crim. No. 3:07CR00139  (AWT)
                                :
DOMINICK ZAPPOLA                :
--------------------------------x
```

**ORDER RE MOTION TO MODIFY TRAVEL RESTRICTIONS**

In connection with the defendant's Motion to Modify Travel Restrictions (Doc. No. 45), the United States Probation Office shall conduct an investigation to determine what the defendant's legal address is and report its finding to the court.

It is so ordered.

Dated this 2nd day of November 2009, at Hartford, Connecticut.

                                    /s/AWT
                              Alvin W. Thompson
                           United States District Judge